# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

JORDAN GALLACHER and ROBERT JAHODA,

                Plaintiffs,

     v.

LIFEBOOST, LLC,

                Defendant.

Case No. 2:21-cv-01516-RJC

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Jordan Gallacher and Robert Jahoda and Defendant Lifeboost, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 21, 2022

                                              Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243
nickc@lcllp.com

*Attorney for Plaintiffs*

*/s/ Roy W. Arnold*
Roy W. Arnold
**Blank Rome LLP**
501 Grant StreetSuite 850
Pittsburgh, PA 15219
roy.arnold@blankrome.com
Tel.: (412) 932-2814
Fax: (412) 592-0959

*Attorney for Defendant*